UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 07 B 04379
   CHRISTA M BEE
                                          CHAPTER 13

                                          JUDGE: MANUEL BARBOSA
         Debtor
   SSN XXX-XX-5355
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1. The case was filed on 03/13/07 and confirmed on 05/10/07.

   2. The case was converted to Chapter 7 after confirmation, 01/06/2009.

   3. The Debtor paid a total of $  12212.00 .

   4. The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| CHASE HOME FINANCE | MORTGAGE ARRE | 1096.75 | .00 | 1096.75 |
| BENEFICIAL FINANCE CORPO | SECURED | .00 | .00 | .00 |
| AMERICAN FIRST FED CU | SECURED VEHIC | 9037.92 | 735.29 | 3065.62 |
| AMERICAN FIRST FED CU | UNSECURED | 6703.20 | .00 | 2500.19 |
| ANTHONY R BENNARDO DDS | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 352.00 | .00 | 131.29 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1958.04 | .00 | 730.32 |
| CHASE BANK USA | UNSECURED | 814.38 | .00 | 303.76 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 438.81 | .00 | 163.68 |
| MEA SJMC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 324.24 | .00 | 120.96 |
| PROVENA ST JOSEPH HOSPIT | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 792.39 | .00 | 295.55 |
| JAMES A YOUNG & ASSOC | CO-COUNSEL | .00 | .00 | .00 |

         Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | 10134.67 | .00 | 11383.06 | .00 | 21517.73 |
| PRINCIPAL PAID | 4162.37 | .00 | 4245.75 | .00 | 8408.12 |
| INTEREST PAID | 735.29 | .00 | .00 | .00 | 735.29 |
| TOTAL PAID | 4897.66 | .00 | 4245.75 | .00 | 9143.41 |

The Debtor's attorney, RICHARD T JONES               , was allowed $   3000.00
and was paid $    500.00  direct and $   2500.00  through the plan.

The Trustee received $    568.59 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging

the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/18/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE

                              PAGE   2
     CASE NO. 07 B 04379 CHRISTA M BEE